**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tyesha N. Pollard                                      CHAPTER 13
                      Debtor(s)

                                          BKY. NO. 22-13063 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                          Respectfully submitted,

                                      /s/ *Michael Farrington*
                                      Michael Farrington
                                      28 Nov 2022, 16:52:53, EST

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322