United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 22-13063-elf

Tyesha N. Pollard                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                  User: admin                                 Page 1 of 1

Date Rcvd: Dec 02, 2022            Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+  Tyesha N. Pollard, 2227 Earp Street, Philadelphia, PA 19146-4214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2022                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| RONALD G. MCNEIL | on behalf of Debtor Tyesha N. Pollard r.mcneil1@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  22 - 13063 |
| Tyesha N. Pollard | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Eric L. Frank |
| | : | |

## Debtor's Motion to Extend Time

AND NOW, comes Debtor, Tyesha N. Pollard, by and through her attorney, Ronald G. McNeil, Esquire, hereby moves for an extension of time to file her Summary of Assets and Liabilities, Schedules with Declaration, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income, and Attorney Disclosure Statement, and, as reasons therefor, states as follows:

1.  On November 15, 2022, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2.  The Summary of Assets and Liabilities, Schedules with Declaration, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income, and Attorney Disclosure Statement are due on or before November 29, 2022.

3.  Debtor needs an additional fourteen (14) days to prepare her Summary of Assets and Liabilities, Schedules with Declaration, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income, and Attorney Disclosure Statement, because Debtor's counsel has not completed these forms for Debtor's final review.

4.      Debtor requests that this Honorable Court grant her an extension of an additional
fourteen (14) days, until December 13, 2022, to prepare and to file her Summary
of Assets and Liabilities, Schedules with Declaration, Statement of Financial
Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income, and
Attorney Disclosure Statement, pursuant to Rules 1007(c) and 3015(b) of the
Federal Rules of Bankruptcy Procedure.

5.      This motion is not made for the purpose of delay and no creditor will suffer any
prejudice, if the extension of time is granted.

6.      This motion may be considered ex parte.

WHEREFORE, Debtor respectfully requests that this Honorable
Court grant her an extension of an additional fourteen (14) days to
prepare her Summary of Assets and Liabilities, Schedules with Declaration,
Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of
Current Monthly Income, and Attorney Disclosure Statement.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: November 29, 2022
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
   r.mcneil@verizon.net

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                  :        Case No.  22 - 13063
  Tyesha N. Pollard                                    (Chapter 13)
                 Debtor.
                                       Hon. Eric L. Frank


ORDER


   AND NOW, upon consideration of Debtor's Motion to Extend Time, and any

responses thereto, it is hereby ORDERED that Debtor shall file her Summary of

Assets and Liabilities, Schedules with Declaration, Statement of Financial Affairs,

Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income, and Attorney

Disclosure Statement on or before December 13, 2022.  If Debtor fails to file these

required documents within the required time, this case may be dismissed without

additional notice or opportunity for a hearing.


     DATE:   12/1/22

                                   _____
                                   Hon. Eric L. Frank
                                   U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  22 - 13063 |
| Tyesha N. Pollard | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Eric L. Frank |
| | : | |

## CERTIFICATE OF SERVICE

Pursuant to Rule 9014-2(a)(3) of the Local Bankruptcy Rules, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Motion to Extend Time was served via electronic means, via hand delivery, and/or via first class postage prepaid, properly franked upon the following:

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107-0837

Office of the U.S. Trustee
Robert N.C. Nix, Sr. Federal Bldg
900 Market Street, Suite 320
Philadelphia, PA 19107-4202


 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: November 29, 2022