United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 22-13063-elf
Tyesha N. Pollard Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Dec 21, 2022      Form ID: 309I      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tyesha N. Pollard, 2227 Earp Street, Philadelphia, PA 19146-4214 |
| 14735647 | + | A.E.S./DDB/P.H.E.A.A., P.O. Box 8183, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14735652 | + | Best Buy, Bankruptcy, 7601 Penn Avenue South, Richfield, MN 55423-8500 |
| 14735653 | | Blue Cross/Blue Shield, Collections, 1901 Market Street, Suite 1000, Philadelphia, PA 19103-1475 |
| 14735658 | + | First National Bank, Oldham Branch, 141 E. Main Street, Oldham, SD 57051-2136 |
| 14735659 | | First Premier Bank, a/k/a,, Premier Bankcard, LLC, Bankruptcy Department, 601 So. Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 14735662 | | HSBC Bank USA, N.A., Consumer Bankruptcy Department, 2929 Walden Avenue, Depew, NY 14043-2602 |
| 14735673 | | PPP Loan, a/k/a, Paycheck Protection Loan, U.S. Small Business Administration, 409 3rd Street, S.W., 5th Floor, Washington, DC 20416-0002 |
| 14735669 | + | Philadelphia Gas Works, Bankruptcy Unit, P.O. Box 3500, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14735671 | + | Plymouth Rock Assurance, 5 Greentree Center, Marlton, NJ 08053-3432 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: r.mcneil1@verizon.net | Dec 22 2022 00:31:00 | RONALD G. MCNEIL, McNeil Legal services, 1333 Race Street, Philadelphia, PA 19107-1585 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Dec 22 2022 00:31:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2022 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 22 2022 00:31:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14735648 | + | Email/Text: bankruptcy@rentacenter.com | Dec 22 2022 00:31:00 | Acceptance Now, ATTN: Customer Service, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14735649 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 22 2022 00:31:00 | Apple Card, a/k/a, Goldman Sachs Bank, USA, Lock Box 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 14735654 | | EDI: CAPITALONE.COM | Dec 22 2022 05:29:00 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14738776 | + | EDI: AIS.COM | Dec 22 2022 05:29:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14735655 | | EDI: CITICORP.COM | Dec 22 2022 05:29:00 | CitiCorp Credit Services, Inc., Citibank Client Services, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14742173 | | EDI: Q3G.COM | Dec 22 2022 05:29:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 280, Kirkland, WA 98083-0280 |
| 14735656 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 22 2022 00:36:26 | Credit One Bank, N.A., Bankruptcy Department, 6801 So. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14735657 | + | EDI: CITICORP.COM | Dec 22 2022 05:29:00 | Department Stores National Bank, Bankruptcy Processing, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14735660 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 22 2022 00:31:00 | Fortiva Financial, LLC, Bankruptcy Department, 5 Concourse Parkway, Suite 300, Atlanta, GA 30328-6101 |
| 14735661 | + | EDI: PHINGENESIS | Dec 22 2022 05:29:00 | Genesis FS Card Services, Inc., Genesis Financial Solutions, Inc., P.O. Box 4477, Beaverton, OR 97076-4401 |
| 14735663 | | EDI: IRS.COM | Dec 22 2022 05:29:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14735650 | | EDI: JEFFERSONCAP.COM | Dec 22 2022 05:29:00 | Aspire, P.O. Box 23051, Columbus, GA 31902-3051 |
| 14735664 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 22 2022 00:31:00 | Landmark Financial Services, 2118 Usher Street, NW, Covington, GA 30014-2434 |
| 14741476 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 00:36:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14735665 | | EDI: NFCU.COM | Dec 22 2022 05:29:00 | Navy F.C.U., P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14737909 | + | EDI: NFCU.COM | Dec 22 2022 05:29:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14735666 | | EDI: AGFINANCE.COM | Dec 22 2022 05:29:00 | OneMain Financial Group, LLC, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14735668 | | Email/Text: bankruptcygroup@peco-energy.com | Dec 22 2022 00:31:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 14735672 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2022 00:31:00 | PNC Bank, N.A., Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 14735667 | | EDI: PENNDEPTREV | Dec 22 2022 05:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14735667 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2022 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14735670 | + | Email/Text: megan.harper@phila.gov | Dec 22 2022 00:31:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 14735651 | | Email/Text: kmattingly@bankofmissouri.com | Dec 22 2022 00:31:00 | The Bank of Missouri, Bankruptcy Department, 916 No. Kingshighway Street, Perryville, MO 63775-1204 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 21, 2022 | Form ID: 309I | Total Noticed: 36 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| RONALD G. MCNEIL | on behalf of Debtor Tyesha N. Pollard r.mcneil1@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Tyesha N. Pollard<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–8063 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 13    11/15/22 |
| Case number: | 22–13063–elf | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case    10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Tyesha N. Pollard | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 2227 Earp Street<br>Philadelphia, PA 19146 | |
| 4. | **Debtor's attorney**<br>Name and address | RONALD G. MCNEIL<br>McNeil Legal services<br>1333 Race Street<br>Philadelphia, PA 19107–1585 | Contact phone (215) 564–3999<br><br>Email: r.mcneil1@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 12/21/22 |

**For more information, see page 2**

Debtor **Tyesha N. Pollard**            Case number **22–13063–elf**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 8, 2023 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/9/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/24/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/15/23** |
| | **Deadlines for filing proof of claim:**<br>  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $901.83 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/14/23** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |