| 6291 - Tyesha Pollard | | | | Voucher #: 39082) | | Pay Date: 10/28/2022 |
|---|---|---|---|---|---|---|
| EXC/HOR | | | | | | Pay Period: 10/17/2022-10/23/2022 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONUS | | | | 1,000.00 |
| Overtim | 21.38 | 9.00 | 192.42 | 3,848.40 |
| Regular | 14.25 | 40.00 | 570.00 | 12,597.00 |
| **Gross Pay** | | | **762.42** | **17,445.40** |

### Deductions

| | Current | YTD |
|---|---|---|
| ACCDNT | 3.67 | 61.43 |
| CHILIF | 0.35 | 5.60 |
| CRITCL | 7.52 | 120.32 |
| DENT | 13.89 | 236.13 [1] |
| HOSPTL | 8.56 | 136.96 |
| MED | 72.85 | 1,238.45 [1] |
| SPSLIF | 0.78 | 12.48 |
| STD | 8.26 | 132.16 |
| VOADD | 0.46 | 7.82 [1] |
| VOLLIF | 1.16 | 18.56 |
| VSP | 3.75 | 63.75 [1] |
| 401K | 30.50 | 359.44 [2] |
| **Total** | **151.75** | **2,393.10** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 640.97 | 15,539.81 | 43.08 | 1,208.88 |
| FICA | 671.47 | 15,899.25 | 41.63 | 985.74 |
| MEDI | 671.47 | 15,899.25 | 9.74 | 230.54 |
| SIT:PA | 671.47 | 15,899.25 | 20.61 | 488.07 |
| SUI:PA | 762.42 | 17,445.40 | 0.46 | 10.52 |
| Horsha | 671.47 | 14,899.25 | 1.00 | 24.00 |
| Horsha | 671.47 | 15,899.25 | 6.71 | 158.91 |
| **Total** | | | **123.23** | **3,106.66** |

### Net Pay

| | | |
|---|---|---|
| Net Pay | 487.44 | 11,945.64 |
| Checking (1152) | 487.44 | 11,945.64 |

### Accruals

| | Bal. | Tkn/PP |
|---|---|---|
| Field PTO | Hrs: 27.60 | 0.00 |

### Information & Announcements

For information relating to Help at Home's response & on-going updates on COVID-19 / Coronavirus, please refer to www.helpathome.com/publichealth

### Tax Allowance Settings

Federal:  Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00

Pennsylvania:  Allowances: 0

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] Reduces your Federal & State Withholding Taxable Wage

Excel Companion Care LLC 400 Horsham Road, Suite 130, Horsham, PA 19044       1 of 1

---

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

| Pay Date: | 10/28/2022 |
|---|---|
| Voucher #: | (9082) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Tyesha Pollard | 1 | Checking | XXXXXX1152 | 4974 | 487.44 |

EXC/HOR  106291  10/28/2022  (1339082)

**Tyesha Pollard**
110 North Black Friar Road
Bryn Mawr, PA 19010

**Non-Negotiable - This Is Not A Check**

**Excel Companion Care LLC**
400 Horsham Road
Suite 130
Horsham, PA 19044

EXC/HOR    6291    10/28/2022    (1339
**Tyesha Pollard**
110 North Black Friar Road
Bryn Mawr, PA 19010

**Personal & Confidential**

**#_6291 - Tyesha Pollard**  
EXC/HOR

Voucher #_8767)

Pay Date: 10/21/2022  
Pay Period: 10/10/2022-10/16/2022

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONUS | | | | 1,000.00 |
| Overtim | 21.38 | 9.00 | 192.42 | 3,655.98 |
| Regular | 14.25 | 40.00 | 570.00 | 12,027.00 |
| **Gross Pay** | | | **762.42** | **16,682.98** |

### Deductions

| | Current | YTD |
|---|---|---|
| ACCDNT | 3.67 | 57.76 |
| CHILIF | 0.35 | 5.25 |
| CRITCL | 7.52 | 112.80 |
| DENT | 13.89 | 222.24 [1] |
| HOSPTL | 8.56 | 128.40 |
| MED | 72.85 | 1,165.60 [1] |
| SPSLIF | 0.78 | 11.70 |
| STD | 8.26 | 123.90 |
| VOADD | 0.46 | 7.36 [1] |
| VOLLIF | 1.16 | 17.40 |
| VSP | 3.75 | 60.00 [1] |
| 401K | 30.50 | 328.94 [2] |
| **Total** | **151.75** | **2,241.35** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 640.97 | 14,898.84 | 43.08 | 1,165.80 |
| FICA | 671.47 | 15,227.78 | 41.63 | 944.11 |
| MEDI | 671.47 | 15,227.78 | 9.73 | 220.80 |
| SIT:PA | 671.47 | 15,227.78 | 20.61 | 467.46 |
| SUI:PA | 762.42 | 16,682.98 | 0.46 | 10.06 |
| Horsha | 671.47 | 14,227.78 | 1.00 | 23.00 |
| Horsha | 671.47 | 15,227.78 | 6.71 | 152.20 |
| **Total** | | | **123.22** | **2,983.43** |

### Net Pay

| | | |
|---|---|---|
| Net Pay | 487.45 | 11,458.20 |
| Checking (1152) | 487.45 | 11,458.20 |

### Accruals

| | Bal. | Tkn/PP |
|---|---|---|
| Field PTO | Hrs: 26.20 | 0.00 |

### Information & Announcements

For information relating to Help at Home's response & on-going updates on COVID-19 / Coronavirus, please refer to www.helpathome.com/publichealth

### Tax Allowance Settings

Federal:   Single/Married Filing Sep.  
           Form W4 2020 And Later: Yes  
           Two Jobs: No  
           Claim Dependent: $0.00  
           Deduction: $0.00  
           Other Income: $0.00  
Pennsylvania:   Allowances: 0

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[2] Reduces your Federal & State Withholding Taxable Wage

Excel Companion Care LLC 400 Horsham Road, Suite 130, Horsham, PA 19044         1 of 1

---

**Excel Companion Care LLC**  
400 Horsham Road  
Suite 130  
Horsham, PA 19044

| Pay Date: | 10/21/2022 |
|---|---|
| Voucher #: | _8767) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Tyesha Pollard | 1 | Checking | XXXXXX1152 | _4974 | 487.45 |

EXC/HOR  106291  10/21/2022   (1328767)

**Tyesha Pollard**  
110 North Black Friar Road  
Bryn Mawr, PA 19010

**Non-Negotiable - This Is Not A Check**

**Excel Companion Care LLC**  
400 Horsham Road  
Suite 130  
Horsham, PA 19044

EXC/HOR   _6291   10/21/2022   (1328  
**Tyesha Pollard**  
110 North Black Friar Road  
Bryn Mawr, PA 19010

**Personal & Confidential**

**6291 - Tyesha Pollard**  
EXC/HOR  
Voucher # 5324)  
Pay Date: 10/14/2022  
Pay Period: 10/03/2022-10/09/2022

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONUS | | | | 1,000.00 |
| Overtim | 21.38 | 9.00 | 192.42 | 3,463.56 |
| Regular | 14.25 | 40.00 | 570.00 | 11,457.00 |
| **Gross Pay** | | | **762.42** | **15,920.56** |

### Deductions

| | Current | YTD |
|---|---|---|
| ACCDNT | 3.67 | 54.09 |
| CHILIF | 0.35 | 4.90 |
| CRITCL | 7.52 | 105.28 |
| DENT | 13.89 | 208.35 [1] |
| HOSPTL | 8.56 | 119.84 |
| MED | 72.85 | 1,092.75 [1] |
| SPSLIF | 0.78 | 10.92 |
| STD | 8.26 | 115.64 |
| VOADD | 0.46 | 6.90 [1] |
| VOLLIF | 1.16 | 16.24 |
| VSP | 3.75 | 56.25 [1] |
| 401K | 30.50 | 298.44 [2] |
| **Total** | **151.75** | **2,089.60** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 640.97 | 14,257.87 | 43.08 | 1,122.72 |
| FICA | 671.47 | 14,556.31 | 41.63 | 902.48 |
| MEDI | 671.47 | 14,556.31 | 9.74 | 211.07 |
| SIT:PA | 671.47 | 14,556.31 | 20.61 | 446.85 |
| SUI:PA | 762.42 | 15,920.56 | 0.46 | 9.60 |
| Horsha | 671.47 | 13,556.31 | 1.00 | 22.00 |
| Horsha | 671.47 | 14,556.31 | 6.71 | 145.49 |
| **Total** | | | **123.23** | **2,860.21** |

### Net Pay

| | | |
|---|---|---|
| **Net Pay** | **487.44** | **10,970.75** |
| Checking (1152) | 487.44 | 10,970.75 |

### Accruals

| | Bal. | Tkn/PP |
|---|---|---|
| Field PTO | Hrs: 24.80 | 0.00 |

### Information & Announcements

For information relating to Help at Home's response & on-going updates on COVID-19 / Coronavirus, please refer to www.helpathome.com/publichealth

### Tax Allowance Settings

Federal:  Single/Married Filing Sep.  
Form W4 2020 And Later: Yes  
Two Jobs: No  
Claim Dependent: $0.00  
Deduction: $0.00  
Other Income: $0.00  

Pennsylvania:  Allowances: 0

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[2] Reduces your Federal & State Withholding Taxable Wage

Excel Companion Care LLC 400 Horsham Road, Suite 130, Horsham, PA 19044    1 of 1

---

**Excel Companion Care LLC**  
400 Horsham Road  
Suite 130  
Horsham, PA 19044

Pay Date: 10/14/2022  
Voucher #: 5324)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Tyesha Pollard | 1 | Checking | XXXXXX1152 | 4974 | 487.44 |

EXC/HOR  106291  10/14/2022   (1315324)

**Tyesha Pollard**  
110 North Black Friar Road  
Bryn Mawr, PA 19010

**Non-Negotiable - This Is Not A Check**

**Excel Companion Care LLC**  
400 Horsham Road  
Suite 130  
Horsham, PA 19044

EXC/HOR  6291  10/14/2022   (1315  
**Tyesha Pollard**  
110 North Black Friar Road  
Bryn Mawr, PA 19010

**Personal & Confidential**

**# 6291 - Tyesha Pollard**  
**EXC/HOR**

Voucher #: 07193)  
Pay Date: 10/07/2022  
Pay Period: 09/26/2022-10/02/2022

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| BONUS | | | | 1,000.00 |
| Overtim | 21.38 | 9.00 | 192.42 | 3,271.14 |
| Regular | 14.25 | 40.00 | 570.00 | 10,887.00 |
| **Gross Pay** | | | **762.42** | **15,158.14** |

### Deductions

| | Current | YTD |
|---|---|---|
| ACCDNT | 3.67 | 50.42 |
| CHILIF | 0.35 | 4.55 |
| CRITCL | 7.52 | 97.76 |
| DENT | 13.89 | 194.46 [1] |
| HOSPTL | 8.56 | 111.28 |
| MED | 72.85 | 1,019.90 [1] |
| SPSLIF | 0.78 | 10.14 |
| STD | 8.26 | 107.38 |
| VOADD | 0.46 | 6.44 [1] |
| VOLLIF | 1.16 | 15.08 |
| VSP | 3.75 | 52.50 [1] |
| 401K | 30.50 | 267.94 [2] |
| **Total** | **151.75** | **1,937.85** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 640.97 | 13,616.90 | 43.08 | 1,079.64 |
| FICA | 671.47 | 13,884.84 | 41.63 | 860.85 |
| MEDI | 671.47 | 13,884.84 | 9.74 | 201.33 |
| SIT:PA | 671.47 | 13,884.84 | 20.61 | 426.24 |
| SUI:PA | 762.42 | 15,158.14 | 0.46 | 9.14 |
| Horsha | 671.47 | 12,884.84 | 1.00 | 21.00 |
| Horsha | 671.47 | 13,884.84 | 6.71 | 138.78 |
| **Total** | | | **123.23** | **2,736.98** |

### Net Pay

| | | |
|---|---|---|
| **Net Pay** | **487.44** | **10,483.31** |
| Checking (1152) | 487.44 | 10,483.31 |

### Accruals

| | Bal. | Tkn/PP |
|---|---|---|
| Field PTO | Hrs: 23.40 | 0.00 |

### Information & Announcements

For information relating to Help at Home's response & on-going updates on COVID-19 / Coronavirus, please refer to www.helpathome.com/publichealth

### Tax Allowance Settings

Federal:  Single/Married Filing Sep.  
Form W4 2020 And Later: Yes  
Two Jobs: No  
Claim Dependent: $0.00  
Deduction: $0.00  
Other Income: $0.00  

Pennsylvania:  Allowances: 0

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage  
[2] Reduces your Federal & State Withholding Taxable Wage

Excel Companion Care LLC 400 Horsham Road, Suite 130, Horsham, PA 19044        1 of 1

---

**Excel Companion Care LLC**  
400 Horsham Road  
Suite 130  
Horsham, PA 19044

| Pay Date: | 10/07/2022 |
|---|---|
| Voucher #: | 7193) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Tyesha Pollard | 1 | Checking | XXXXXX1152 | 4974 | 487.44 |

EXC/HOR  106291  10/07/2022  (1307193)

**Tyesha Pollard**  
110 North Black Friar Road  
Bryn Mawr, PA 19010

**Non-Negotiable - This Is Not A Check**

**Excel Companion Care LLC**  
400 Horsham Road  
Suite 130  
Horsham, PA 19044

EXC/HOR  6291  10/07/2022  (1307  
**Tyesha Pollard**  
110 North Black Friar Road  
Bryn Mawr, PA 19010

**Personal & Confidential**