UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 22 - 13063 |
| Tyesha N. Pollard | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Eric L. Frank |
|  | : |  |

## CERTIFICATE OF SERVICE

    Pursuant to Rule 2002(b) of the Federal Rules of Bankruptcy Procedure, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Notice of Chapter 13 Bankruptcy Case was served via first class postage prepaid, properly franked upon the following:

ADT Alarm, a/k/a,
ADT Security Services, Inc.
3190 So. Vaughn Way, Suite 150
Aurora, CO 80014-3537

Bryn Mawr Sports Rehab & Physical Therapy
945 E. Haverford Road, Suite A
Bryn Mawr, PA 19010-3814

Comcast Cable Communications
Bankruptcy Department
P.O. Box 1931
Burlingame, CA 94011-1931

Pennsylvania Bureau of U.C. Benefits
U.I. Payments Services
Labor & Industry Bldg
651 Boas Street, Room 501
Harrisburg, PA 17121-0750

Taz Visa Credit Card
P.O. Box 5081
Sioux Falls, SD 57117-5081

T-Mobile USA, Inc.
ATTN: Bankruptcy Dept
P.O. Box  53410
Bellevue, WA  98015-3410

University of PA Health System
ATTN: Patient Accounts - Billing
3400 Spruce Street
Philadelphia, PA 19104-4271

UNUM Group
The Benefits Center
P.O. Box 100158
Columbia, SC 29202-3158

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: January 7, 2023