United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-13063-amc
Tyesha N. Pollard     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: May 30, 2023     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Tyesha N. Pollard, 2227 Earp Street, Philadelphia, PA 19146-4214 |
| 14735647 | + | A.E.S./DDB/P.H.E.A.A., P.O. Box 8183, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14735653 | | Blue Cross/Blue Shield, Collections, 1901 Market Street, Suite 1000, Philadelphia, PA 19103-1475 |
| 14735658 | + | First National Bank, Oldham Branch, 141 E. Main Street, Oldham, SD 57051-2136 |
| 14735659 | | First Premier Bank, a/k/a,, Premier Bankcard, LLC, Bankruptcy Department, 601 So. Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 14735673 | | PPP Loan, a/k/a, Paycheck Protection Loan, U.S. Small Business Administration, 409 3rd Street, S.W., 5th Floor, Washington, DC 20416-0002 |
| 14735671 | + | Plymouth Rock Assurance, 5 Greentree Center, Marlton, NJ 08053-3432 |
| 14758511 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14735648 | + | Email/Text: bankruptcy@rentacenter.com | May 31 2023 04:34:00 | Acceptance Now, ATTN: Customer Service, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14735649 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 31 2023 04:34:00 | Apple Card, a/k/a, Goldman Sachs Bank, USA, Lock Box 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 14735652 | ^ | MEBN | May 31 2023 04:31:25 | Best Buy, Bankruptcy, 7601 Penn Avenue South, Richfield, MN 55423-8500 |
| 14774108 | | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14753017 | | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14735654 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 04:39:18 | Capital One Financial, Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14738776 | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2023 04:39:19 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14735655 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:39:27 | CitiCorp Credit Services, Inc., Citibank Client |

Case 22-13063-amc    Doc 36    Filed 06/01/23    Entered 06/02/23 00:36:45    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14742173 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2023 04:34:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14784525 | + | Email/Text: megan.harper@phila.gov | May 31 2023 04:34:00 | City of Philadelphia, Water Revenue, c/o JOSHUA DOMER, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |
| 14735656 | | Email/PDF: creditonebknotifications@resurgent.com | May 31 2023 04:39:23 | Credit One Bank, N.A., Bankruptcy Department, 6801 So. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14735657 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:39:20 | Department Stores National Bank, Bankruptcy Processing, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14747670 | + | Email/Text: ECMCBKNotices@ecmc.org | May 31 2023 04:34:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 14735660 | | Email/Text: Atlanticus@ebn.phinsolutions.com | May 31 2023 04:34:00 | Fortiva Financial, LLC, Bankruptcy Department, 5 Concourse Parkway, Suite 300, Atlanta, GA 30328-6101 |
| 14735661 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 31 2023 04:34:00 | Genesis FS Card Services, Inc., Genesis Financial Solutions, Inc., P.O. Box 4477, Beaverton, OR 97076-4401 |
| 14735662 | ^ | MEBN | May 31 2023 04:31:26 | HSBC Bank USA, N.A., Consumer Bankruptcy Department, 2929 Walden Avenue, Depew, NY 14043-2602 |
| 14735663 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2023 04:34:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14748620 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 31 2023 04:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14735650 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 31 2023 04:34:00 | Aspire, P.O. Box 23051, Columbus, GA 31902-3051 |
| 14735664 | | Email/Text: ktramble@lendmarkfinancial.com | May 31 2023 04:34:00 | Landmark Financial Services, 2118 Usher Street, NW, Covington, GA 30014-2434 |
| 14744208 | | Email/Text: ktramble@lendmarkfinancial.com | May 31 2023 04:34:00 | Lendmark Financial Services, LLC, 2118 Usher St, Covington, GA 30014 |
| 14741476 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:39:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14750996 | + | Email/Text: bncmail@w-legal.com | May 31 2023 04:34:00 | Landmark Strategy Group, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14745636 | + | Email/Text: bankruptcydpt@mcmcg.com | May 31 2023 04:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14735665 | | Email/Text: ext_ebn_inbox@navyfederal.org | May 31 2023 04:34:00 | Navy F.C.U., P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14737909 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 31 2023 04:34:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14751304 | + | Email/PDF: cbp@onemainfinancial.com | May 31 2023 04:39:26 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14735666 | | Email/PDF: cbp@onemainfinancial.com | May 31 2023 04:39:18 | OneMain Financial Group, LLC, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14735668 | | Email/Text: bankruptcygroup@peco-energy.com | May 31 2023 04:34:00 | PECo Energy Co., Bankruptcy Group, 2301 Market Street # N3-2, Philadelphia, PA 19103-1338 |
| 14735672 | | Email/Text: Bankruptcy.Notices@pnc.com | May 31 2023 04:34:00 | PNC Bank, N.A., Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 14751323 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 31 2023 04:34:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14739170 | ^ | MEBN | | |
| | | | May 31 2023 04:31:25 | PNC Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14735667 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | May 31 2023 04:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14735669 | ^ | MEBN | | |
| | | | May 31 2023 04:31:21 | Philadelphia Gas Works, Bankruptcy Unit, P.O. Box 3500, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14735670 | + | Email/Text: megan.harper@phila.gov | | |
| | | | May 31 2023 04:34:00 | Philadelphia Law Department, Bankruptcy Unit, Municipal Services Bldg, 1401 JFK Blvd, Room 508, Philadelphia, PA 19102-1617 |
| 14748570 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | May 31 2023 04:34:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14736549 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 31 2023 04:39:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14736087 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 31 2023 04:39:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14735651 | | Email/Text: kmattingly@bankofmissouri.com | | |
| | | | May 31 2023 04:34:00 | The Bank of Missouri, Bankruptcy Department, 916 No. Kingshighway Street, Perryville, MO 63775-1204 |
| 14747697 | | Email/Text: bankruptcy@unifund.com | | |
| | | | May 31 2023 04:34:00 | DISTRESSED ASSET PORTFOLIO III, LLC, UNIFUND CCR LLC, 10625 Techwood Circle, Cincinnati, OH 45242 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Tyesha N. Pollard r.mcneil1@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13

TYESHA N POLLARD

Debtor(s) : Bky. No. 22-13063-AMC

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: May 30, 2023

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**