UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 22 - 13063 |
| Tyesha N. Pollard | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## CERTIFICATE OF NO OBJECTION

Pursuant to Rule 9014-3(k) of the Local Bankruptcy Rules, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Motion for Reconsideration and/or Motion to Reinstate Case and its Notice of Motion were served upon all interested parties via the internet, via hand delivery and/or via first class postage prepaid on June 10, 2023, that more than fourteen (14) days have past since the service of this notice, and that no answer and/or objection has been filed.

Respectfully submitted,

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: June 27, 2023