UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | : | Case No. 22 - 13063 |
| Tyesha N. Pollard | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## CERTIFICATE OF NO OBJECTION

Pursuant to Rule 2016-1(f) of the Local Bankruptcy Rules, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of Debtor's Counsel Application for Counsel Fees was served upon all interested parties via the internet, via hand delivery and/or via first class postage prepaid on December 19, 2022, that more than twenty-one (21) days have past since the service of this notice, and that no answer and/or objection has been filed.

Respectfully submitted,

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: July 3, 2023