UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 22 - 13063 |
| Tyesha N. Pollard | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

## CERTIFICATE OF SERVICE

   Pursuant to this Court's May 30, 2023 Dismissal Order, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of this Court's May 30, 2023 Order Dismissing Chapter 13 Case was served via electronic means, via hand delivery, and/or via first class postage prepaid, properly franked upon the following:

Debtor

creditors listed on Matrix (31)

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107-0837

Office of the U.S. Trustee
Robert N.C. Nix, Sr. Federal Bldg
900 Market Street, Suite 320
Philadelphia, PA 19107-4202

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: July 5, 2023