UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|   |   |   |
|---|---|---|
| In re | : | Case No. 22 - 13063 |
| Tyesha N. Pollard | : | (Chapter 13) |
| Debtor. | : |   |
|   | : | Hon. Ashely M. Chan |
|   | : |   |

# CERTIFICATE OF NO OBJECTION

Pursuant to this Court's May 30, 2023 Dismissal Order, I, Ronald G. McNeil, Esquire, certify that a true and correct copy of this Court's May 30, 2023 Order Dismissing Chapter 13 Case and Setting Deadline for Application for Allowance of Administrative Expenses was served upon all interested parties via the internet, via hand delivery and/or via first class postage prepaid on July 5, 2023, that more than twenty (20) days have past since the service of this Order, and that no Objections or applications for administrative expense has been filed.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: July 26, 2023